**00–1984.   Aetna Cas. & Sur. Co. v. Goodyear Tire & Rubber Co.**

Summit App. No. 19121. On motion for admission *pro hac vice* of R. Siegel, M. Lieberman, and S. Strauss by G. Johnson for Evanston Insurance Company. Motion granted.

Cook, J., not participating.

**00–2255.   State ex rel. Johnson v. Hilltop Basic Resources, Inc.**

Franklin App. No. 99AP–926. On request for oral argument. Request denied.

**01–268.   Indus. Energy Users–Ohio v. Pub. Util. Comm.**

Public Utilities Commission, Nos. 00–02–EL–ETP, 99–1212–EL–ETP, 99–1213–EL–ATA, 99–1214–EL–AAM, 99–1658–EL–ETP, 99–1659–EL–ATA, 99–1660–EL–ATA, 99–1661–EL–AAM, 99–1662–EL–AAM, 99–1663–EL–UNC, 99–1687–EL–ETP, 99–1688–EL–AAM, 99–1689–EL–ATA, 99–1729–EL–ETP and 99–1730–EL–ETP. On motion for leave to intervene by Columbus Southern Power Company and Ohio Power Company and on motion for leave to intervene by Ohio Department of Development. Motions granted.

On motion to dismiss. Motion denied.

**01–446.   Nitchman v. Nationwide Mut. Fire Ins. Co.**

Lorain App. No. 99CA007506. On motion to strike memorandum in support of jurisdiction for failure to provide service. Motion denied.

Lundberg Stratton, J., dissents.

**01–493.   Goodyear Tire & Rubber Co. v. Aetna Cas. & Sur. Co.**

Summit App. No. 19121. On motion for admission *pro hac vice* of Robert Siegel and Meryl Lieberman for Evanston Insurance Co. by J. Saponaro and on motion for admission *pro hac vice* of Stephen Strauss for Northwestern National Insurance Company by Joseph Saponaro. Motions granted.

Cook, J., not participating.

**01–573.   First Energy Corp. v. Pub. Util. Comm.**

Public Utilities Commission, Nos. 99–1212–EL–ETP, 99–1213–EL–ATA and 99–1214–EL–AAM. On motion for admission *pro hac vice* of Thomas J. Starrs by Kimberly Wile Bojko, and on motion for admission *pro hac vice* of David C. Rinebolt by Kimberly Wile Bojko. Motions granted.

Cook, J., not participating.

**01–748.   State ex rel. R.T.G., Inc. v. State.**

Franklin App. No. 98AP–1015. On motion for admission *pro hac vice* of R.S. Radford for Pacific Legal Foundation by Mark Stemm. Motion granted.

**01–1174.   State v. Cobb.**

Cuyahoga App. No. 76950. On motion for leave to file delayed appeal. Motion granted.

Douglas, Resnick and F.E. Sweeney, JJ., dissent.

**01–1194.   State v. Black.**

Clermont App. No. CA2001–03–034. On motion for leave to file delayed appeal. Motion granted.

Douglas, Resnick and F.E. Sweeney, JJ., dissent.

**01–1215.   State v. Morgan.**

Lucas App. No. L–00–1114. On motion for leave to file delayed appeal. Motion granted.

F.E. Sweeney, J., dissents.

Resnick, J., not participating.

**01–1238.   State v. Luther.**

Lorain App. No. 99CA007394. On motion for leave to file delayed appeal. Motion denied.

Pfeifer, J., dissents.